UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JPMOIRGAN CHASE BANK, N.A.,
                                    Plaintiff,

            -v-

MARTIN PIOTR NOWAK, *et al.*,
                                    Defendants.

23-CV-6834 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

        The Court ordered Defendants to file a combined opposition to Plaintiff Chase's cross-

motion and a reply in support of the motion to dismiss on or before November 21, 2023.  (ECF

No. 35.)  Defendant submitted multiple filings on November 20, 2023.  (ECF Nos. 39, 40, 41.)

Plaintiff JPMorgan Chase Bank, N.A. asks the Court to reject the filings at ECF Nos. 40 and 41

because they were docketed on November 30, 2023.  (ECF No. 42.)

        The Court declines Plaintiff's request to reject Defendants' filings at ECF Nos. 40 and

41.  Because the dates on both of those filings—November 20, 2023—demonstrate that they

were filed before November 21, 2023, the Court deems those filings timely.

        Plaintiff Chase's request for a fourteen-day extension to file its reply, however, is

granted.  Plaintiff Chase is directed to file a reply in support of its cross-motion, if any, on or

before December 19, 2023.

        The Clerk of Court is directed to indicate the service address for Defendant Martin Piotr

Nowak on ECF as:

                    Martin Piotr Nowak
                    5 Union Square West
                    Suite 1370
                    New York, NY 10003

The Clerk of Court is further directed to mail a copy of this order to Martin Piotr Nowak at the above address.

Plaintiff is directed to provide a copy of this order to Defendants by e-mail.

SO ORDERED.

Dated: December 1, 2023
New York, New York

_____
J. PAUL OETKEN
United States District Judge