UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JPMORGAN CHASE BANK, N.A.,
                          Plaintiff,

               -v-

MARTIN PIOTR NOWAK, *et al.*,
                         Defendants.

23-CV-6834 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       The Court has repeatedly warned Defendant Continentalis Divitiae Express Trust (the "Trust Defendant") that it cannot appear *pro se*. (*See* ECF No. 29 at 9-10; ECF No. 35 at 2; ECF No. 46 at 4.) Still, the Trust Defendant has not appeared through counsel. The Court explained in its March 28, 2024 opinion and order that it was issuing "one final warning to the Trust Defendant that if it fails to appear through counsel within 21 days of receiving service of the complaint by Chase . . . it will be deemed in default." (ECF No. 46 at 4.) The Trust Defendant failed to do so, as it received service on March 29, 2024, and more than 21 days have passed since that date.

       The Court therefore deems the Trust Defendant in default, notwithstanding the Trust Defendant's assertion that it does not need to be represented by counsel. (*See* ECF No. 50.)

       The Court also grants Plaintiff's request (*see* ECF No. 49) to strike the Answer as to the Trust Defendant, although the Court declines to order Defendant Martin Piotr Nowak to amend his Answer at this time.

       Finally, Defendant Nowak is again reminded that he should direct all filings and correspondence with the Court to the Court's Pro Se Intake Unit, and not to the e-mail address of the Court's chambers. The Court's Pro Se Intake Unit can be reached at the following address:

Pro Se Intake Unit
U.S. District Court for the Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

The Clerk of Court is directed to mail a copy of this order to Defendant Nowak.

SO ORDERED.

Dated: April 26, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge