UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JP MORGAN CHASE BANK, N.A.,
                      Plaintiff,

-v-

MARTIN PIOTR NOWAK, *et al.*,
                      Defendants.

23-CV-6834 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On September 3, 2024, Defendant Martin Piotr Nowak filed a Chapter 13 petition for bankruptcy in the United States Bankruptcy Court for the Eastern District of New York. (Case No. 8-24-73394-ast.) In accordance with § 362(a) of the Bankruptcy Code, all proceedings in this action are hereby stayed.

Defendant, proceeding *pro se*, is directed to submit a status update letter to this Court by December 1, 2024, and every six months thereafter.

       SO ORDERED.

Dated: September 17, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge