UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JPMORGAN CHASE BANK, N.A.,
                Plaintiff,

-v-

MARTIN PIOTR NOWAK, *et al.*,
                Defendants.

23-CV-6834 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The parties are directed to appear for an in-person conference on May 21, 2025, at 11:00 a.m. in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. The parties should be prepared to discuss the status of the case, the motions in front of the Court, and any settlement progress.

    The Clerk of Court is directed to mail a copy of this Order to Defendant Martin Piotr Nowak.

    SO ORDERED.

Dated: April 25, 2025
       New York, New York

                                      J. PAUL OETKEN
                                      United States District Judge