UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JPMORGAN CHASE BANK, N.A.,
                      Plaintiff,

            -v-

MARTIN PIOTR NOWAK, *et al.*,
                      Defendants.

23-CV-6834 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      On April 15, 2025, Plaintiff JPMorgan Chase notified the Court that Defendant Martin Piotr Nowak's Chapter 13 bankruptcy case in front of the United States Bankruptcy Court for the Eastern District of New York had been dismissed. (ECF No. 91.) Because of this dismissal, Plaintiff asked the Court to lift the stay on the present case and decide the pending motions in front of this Court.

      On April 25, 2025, the Court issued an order setting an in-person conference on May 21, 2025, to discuss Chase's motion to lift the stay. (ECF No. 92.) That order was mailed to Defendant Nowak's address at 5 Union Square West, #1370, New York, New York 10003. (*See* ECF Docket.) At the May 21, 2025 conference, however, Defendant Nowak did not appear. Nor did he file anything with the Court to explain his absence.

      Because the bankruptcy case has been dismissed and Plaintiff has notified the Court that the dismissal does not change anything in the present case, the Court lifts the stay in this case and will proceed with deciding the two pending motions as usual.

      The Clerk of Court is directed to mail a copy of this Order to Defendant Martin Piotr Nowak.

1

Plaintiff is further directed to serve a copy of this Order on Defendant Martin Piotr Nowak by email.

SO ORDERED.

Dated: May 21, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

2