UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JPMORGAN CHASE BANK, N.A.,
                            Plaintiff,

-v-

MARTIN PIOTR NOWAK, *et al.*,
                            Defendants.

23-CV-6834 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

On June 11, 2025, the Court received a mailing from Defendant Nowak stating that he has again filed for bankruptcy in the Eastern District of New York and informing the Court that he has not received recent court mailings. (ECF No. 94 at 1.)

Nowak attached a letter from the United States Bankruptcy Court to his filing that states that federal bankruptcy law imposes an automatic stay on other actions involving the debtor "[i]n most instances." (*Id.* at 2.) Chase is therefore directed to show cause on or before June 19, 2025 as to why the present case should not be stayed pending resolution of Nowak's current bankruptcy case.

Nowak is reminded that, as a *pro se* litigant, he must maintain an updated and functional address with the Court to receive mailings. *See In Re: Cases Filed By Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (S.D.N.Y. Mar. 18, 2024) ("Standing Order"). The Standing Order states:

> [I]f the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self-represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the cause should not be dismissed without prejudice for failure to comply with this order.

(*Id.*)

Nowak has notified the Court that he is not receiving mailings to the address he previously filed with this Court (ECF No. 94 at 1), but the Court has identified a new address on the header of the letter he filed from the Bankruptcy Court (*id.* at 2).

The Clerk of Court is thus directed to update Defendant Martin Piotr Nowak's address to: 101 East Park Avenue, Suite 221, Long Beach, NY 11561, and to mail this order to that address.

Nowak shall notify this Court by June 26, 2025 if the above address is incorrect, and, if so, provide the Court with his current mailing address.

SO ORDERED.

Dated: June 12, 2025
      New York, New York

                                                          J. PAUL OETKEN
                                                United States District Judge