**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JPMORGAN CHASE BANK, N.A.,

                          Plaintiff,

         -against-                                      23 **CIVIL** 6834 (JPO)

                                                  <u>**JUDGMENT**</u>

MARTIN PIOTR NOWAK, et al.,

                          Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 15, 2025, Plaintiff's motion for summary judgment is GRANTED and Defendant's motion for leave to file amended counterclaims is DENIED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered in favor of Plaintiff; accordingly, the case is closed.

**Dated:** New York, New York

        July 16, 2025

                                                  **TAMMI M. HELLWIG**
                                         _____
                                                 **Clerk of Court**

                      **BY:**       K. Mango

                                                  _____
                                                  **Deputy Clerk**